IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION |
| ) | |
| vs. ) | Criminal No. 2015 - 2 |
| ) | |
| SHAKI SIMBA ALEXANDER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States Attorney charges that:

## COUNT ONE

On or about the 2nd day of June, 2014, at St. Thomas, District of the Virgin Islands and elsewhere, the defendant,

**SHAKI SIMBA ALEXANDER,**

knowingly shipped in interstate commerce from Deltona, Florida to St. Thomas, U.S. Virgin Islands a firearm, that is, a Glock, Model 22, .40 caliber pistol, that had been shipped and transported in interstate and foreign commerce, from Deltona, Florida to St. Thomas, U.S. Virgin Islands, from which the manufacturer's serial number had been removed, altered and obliterated;

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

*USA v. Shaki Simba Alexander*
Information
Page 2

The United States Attorney further charges that:

## COUNT TWO

On or about the 2nd day of June, 2014, at St. Thomas, District of the Virgin Islands and elsewhere, the defendant,

**SHAKI SIMBA ALEXANDER,**

did knowingly deposit for mailing or delivery, or knowingly cause to be delivered by mail according to the direction therein, or at any place to which it is directed to be delivered by the person to whom it is addressed, any pistol or firearm declared unmailable;

In violation of Title 18, United States Code, Section 1715.

RONALD W. SHARPE
UNITED STATES ATTORNEY

Dated: January 5, 2015          By: _____
                                    Nelson L. Jones
                                    Assistant United States Attorney
                                    5500 Veterans Drive, Suite 260
                                    St. Thomas, V.I. 00802
                                    (340) 774-5757
                                    Nelson L. Jones@usdoj.gov